1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant AVALOS

**FILED**

AUG 2 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-70269 PVT |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| v. ) | STATUS HEARING |
| ) | |
| ROBERT VALENTINO AVALOS, ) | |
| ) | |
| Defendant. ) | |

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from August 26, 2010 to September 2, 2010, at 1:30 p.m., and the period of delay from time from August 26, 2010 through and including September 2, 2010, is excluded for purposes of Federal Rule of Criminal Procedure 5.1(d) and the Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: August 25, 2010

                                    HONORABLE PATRICIA V. TRUMBULL,
                                    United States Magistrate Judge

ORDER CONTINUING HEARING
No. CR 10-70269 PVT                         1