MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON M. DANNER (CABN 195046)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-0910
   Fax: (408) 535-5066
   E-Mail: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ROBERT AVALOS,<br>    Defendant. | No. CR 10-70269 PSG<br><br>MOTION FOR DISMISSAL AND [~~PROPOSED~~] ORDER |

    On or about October 7, 2010, Mr. Avalos was accepted into a twelve-month Pretrial Diversion program. The terms of his program included participation in mental health counseling and taking prescribed medication as directed by the Pretrial Services Officer. On September 28, 2011, Pretrial Services Officer Jaime Carranza reported to counsel for the government that Mr. Avalos had successfully completed the terms of his Diversion program, including an early termination due to good behavior. With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney hereby moves to dismiss the above

1 | captioned ~~information.~~ *Complaint*

3
4 | DATED:       October 6, 2011                    Respectfully submitted,

5 |                                                                 MELINDA HAAG
  |                                                                 United States Attorney

6 |                                                                 _____/s/_____
7 |                                                                 ALLISON M. DANNER
  |                                                                 Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROBERT AVALOS,<br><br>　　　Defendant. | No. CR 10-70269 PSG<br><br>ORDER |

In light of the government's motion, and for the reasons stated therein, the ~~information~~ complaint filed under CR 10-70269 PSG as to defendant ROBERT AVALOS is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

Date: October 6, 2011

　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge